**FILED**
**NOVEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6549**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Susan Beilfus-Paul
Plaintiff
v.
Dermalogica, Inc.
Defendant

Case Number: 07 C

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) Brian Ekstron | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *[signature]* | |
| FIRM Hubbard & O'Connor, Ltd. | |
| STREET ADDRESS 900 W. Jackson Blvd., Suite 6W | |
| CITY/STATE/ZIP Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6277426 | TELEPHONE NUMBER 312-421-5960 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |