## United States District Court for the Northern District of Illinois

Case Number: 07cv6549

Assigned/Issued By: NF

Judge Name: LEINENWEBER

Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

**Amount Due:**  ☑ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 2343281

Date Payment Rec'd: 11-19-7   Fiscal Clerk: NF

---

### ISSUANCES

☑ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   (Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 11-19-7 as to DEF
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05