**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN BEILFUS-PAUL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07 C 6549 |
| DERMALOGICA, INC., | ) | Judge Leinenweber |
| Defendant. | ) | Magistrate Judge Schenkier |

**NOTICE OF MOTION**

TO:   Ms. Elizabeth Hubbard / ehubbard@hubbardoconnor.com
Mr. John O'Connor / joconnor@hubbardoconnor.com
Mr. Brian D. Ekstrom / bekstrom@hubbardoconnor.com
HUBBARD & O'CONNOR, LTD.

**PLEASE TAKE NOTICE** that on the 22nd day of January, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Harry D. Leinenweber presiding in Room 1941 at the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and present the attached ***DERMALOGICA, INC.'S MOTION TO DISMISS***, a copy of which is hereby served upon you.

                                                                                            **s/Joanne M. Rogers**
                                                                                            Jeffrey R. Zehe
                                                                                            Joanne M. Rogers
                                                                                            Attorney for Defendant
                                                                                            NIELSEN, ZEHE & ANTAS, P.C.
                                                                                            55 West Monroe Street, Suite 1800
                                                                                            Chicago, Illinois 60603
                                                                                            Tel:   (312) 322-9900
                                                                                            Fax:   (312) 322-9977
                                                                                            Email: jzehe@nzalaw.com
                                                                                                       jrogers@nzalaw.com

**CERTIFICATE OF SERVICE**

I hereby certified that on this 9th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed above.

                                                                                            **s/Joanne M. Rogers**