## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6549 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Susan Beilfus-Paul vs. Dermalogica, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's Motion to Dismiss is denied. Defendant to answer or otherwise plead by 3/11/2008. Status hearing set for 3/12/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|