IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN BEILFUS-PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6549 |
| | ) | |
| DERMALOGICA, INC., | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | Magistrate Judge Schenkier |

**NOTICE OF FILING**

TO:   Ms. Elizabeth Hubbard / ehubbard@hubbardoconnor.com
       Mr. John O'Connor / joconnor@hubbardoconnor.com
       Mr. Brian D. Ekstrom / bekstrom@hubbardoconnor.com
       HUBBARD & O'CONNOR, LTD.

**PLEASE TAKE NOTICE** that on the 10th day of March, 2008 at 9:30 a.m., we filed with the United States District Court for the Northern District of Illinois, Eastern Division, ***DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT***, a copy of which is attached hereto and served upon you.

                                                        s/Joanne M. Rogers
                                                        Joanne M. Rogers ARDC #6202284
                                                        Jeffrey R. Zehe ARDC #3125616
                                                        Attorneys for Defendant
                                                        NIELSEN, ZEHE & ANTAS, P.C.
                                                        55 West Monroe Street, Suite 1800
                                                        Chicago, Illinois 60603
                                                        Telephone:   (312) 322-9900
                                                        Facsimile:   (312) 322-9977
                                                        E-mail:   jrogers@ellisonlaw.net
                                                                  jzehe@ellisonlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2008, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the counsel of record above

                                                        s/Joanne M. Rogers
                                                        Joanne M. Rogers ARDC #6202284