**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN BEILFUS-PAUL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6549 |
| | ) | |
| DERMALOGICA, INC., | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | Magistrate Judge Schenkier |

**NOTICE OF JOINT MOTION**

TO:   Elizabeth Hubbard
   HUBBARD & O'CONNOR, LTD.
   ehubbard@hubbardoconnor.com

**PLEASE TAKE NOTICE** that on the 16th day of September, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Harry D. Leinenweber residing in Room 1241 of the United States District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the attached ***JOINT MOTION TO EXTEND DISCOVERY***, a copy of which will be sent electronically.

**s/Joanne M. Roger**s
Joanne M. Rogers
Attorney for Defendant
ELLISON, NIELSEN, ZEHE & ANTAS, P.C.
55 West Monroe Street, Suite 1800
Chicago, Illinois 60603
Tel:   (312) 322-9900
Fax:   (312) 322-9977
Email: jrogers@ellisonlaw.net

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 11, 2008, a copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Elizabeth Hubbard
   HUBBARD & O'CONNOR, LTD.
   ehubbard@hubbardoconnor.com

**s/Joanne M. Rogers**